**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

DEREK EVERAGE,

          Petitioner

          v.

CITY OF PHILADELPHIA (WORKERS'
COMPENSATION APPEAL BOARD),

          Respondent

: No. 233 EAL 2023
:
:
: Petition for Allowance of Appeal
: from the Order of the
: Commonwealth Court
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 3rd day of April, 2024, the Petition for Allowance of Appeal is **DENIED**.